IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | NO. 3:06-cr-00167 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| ) | |
| DAVID LEWIS WIGGINS ) | |

**ORDER**

Pursuant to the July 13, 2020 Order of Judge Trauger (Doc. No. 55), the hearing on the superseding petition to revoke supervised release (Doc. No. 51) has been continued and this case has been transferred to the undersigned. Consistent with the motion (Doc. No. 54) that was granted via Judge Trauger's July 13 Order, the hearing on the superseding petition will be continued until after the determination of Defendant's guilt (or lack thereof) on the charges filed in Case No. 3:19-CR-00296. The parties are advised, however, that if a superseding petition alleging additional violations of supervised release should happen to be filed, the Court may conclude that any such additional alleged violations must be determined before the determination of Defendant's guilt (or lack thereof) on the charges filed in Case No. 3:19-CR-00296.

    IT IS SO ORDERED.

 

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE